THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
California State Bar No. 107014
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, CA 92701
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    E-mail : marcus.kerner@usdoj.gov
Attorneys for Defendant,
Michael J. Astrue, Commissioner of
Social Security

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VERONICA FRIZZEL,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | No. ED CV 08-1441-RNB<br><br>ORDER OF REMAND |

Upon the stipulation of the parties, and for cause shown,

IT IS ORDERED that the above-entitled action is remanded to the Commissioner of Social Security for further administrative proceedings, subject to the terms and conditions of the stipulation of the parties filed concurrent with the lodging of the within Order.

Dated: May 8, 2009.

/s/ Robert N. Block

HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE